```
                IN THE UNITED STATES DISTRICT COURT FOR THE

                       EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

            Plaintiff,              2:10CR-144 EJG

     v.

ANTHONY B. GHIO

            Defendants.
_____/

UNITED STATES OF AMERICA,
                                    2:11CR-038 MCE
            Plaintiff,

     v.

RICHARD W. NORTHCUTT

            Defendants.
_____/

UNITED STATES OF AMERICA,
                                    2:11CR-039 WBS
            Plaintiff,

     v.                             RELATED CASE ORDER; ORDER
                                    SETTING ENTRY OF PLEAS
YAMA MARIFAT

            Defendants.
_____/
```

1

Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123.  The actions arise out of the same law enforcement investigation and present common factual and legal issues.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions entitled 2:11CR038 MCE and 2:11CR039 WBS are hereby reassigned to Judge Edward J. Garcia for all further proceedings.  All dates set in this case before Judge Shubb and Judge England are VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:11CR-038 EJG and 2:11CR-039 EJG.

IT IS FURTHER ORDERED that the Norcutt case, 11-038, has been placed on Judge Garcia's calendar for initial appearance and entry of plea on Friday, February 4, 2011, and that the Marifat case, 11-039, has been placed on Judge Garcia's calendar for Friday, February 25, 2011, at 10 am, for initial appearance and
////////////////////////////

entry of plea.

    IT IS SO ORDERED.

    February 1, 2011        /S/ Edward J. Garcia
                                    EDWARD J. GARCIA, JUDGE
                                    UNITED STATES DISTRICT COURT