IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        CR. NO. S-11-0291 KJM

WALTER DANIEL OLMSTEAD

    Defendant.
_____/
UNITED STATES OF AMERICA,

    Plaintiff,
        CR. NO. S-11-0292 WBS
    v.

ROBERT ROSE,

    Defendant.
_____/
UNITED STATES OF AMERICA,

    Plaintiff,    CR. NO. S-10-0144 EJG

    v.

ANTHONY GHIO        <u>RELATED CASE ORDER</u>
    Defendant.
_____/

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123. The actions arise out of the same law enforcement investigation and involve common factual allegations.

1

1 Accordingly, the assignment of the matters to the same judge is
2 likely to effect a substantial saving of judicial effort and is
3 also likely to be convenient for the parties.
4    The parties should be aware that relating the cases under
5 Local Rule 83-123 merely has the result that both actions are
6 assigned to the same judge; no consolidation of the actions is
7 effected.  Under the regular practice of this court related cases
8 are generally assigned to the judge to whom the first filed
9 action was assigned.
10    IT IS THEREFORE ORDERED that the actions entitled <u>United
11 States v. Olmstead</u>, Cr. No. S-11-0291 KJM, and <u>United States v.
12 Rose</u>, Cr. No. S-11-0292 WBS are hereby reassigned to Judge Edward
13 J. Garcia for all further proceedings.  Henceforth, the caption
14 on documents filed in the reassigned cases shall be shown as Cr.
15 No. S-11-291 EJG and Cr. No. S-11-0292 EJG.
16    IT IS FURTHER ORDERED that an initial appearance/arraignment
17 and hearing for entry of plea in the reassigned cases will be
18 held at 10:00 a.m. Friday, August 12, 2011, before Judge Garcia.
19    IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of criminal cases to
21 compensate for this reassignment.
22    IT IS SO ORDERED.
23    July 27,2011              /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
24                              UNITED STATES DISTRICT COURT
25
26                                 2