IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                             CR. NO. S-11-0511 JAM

    v.

WILEY C. CHANDLER, ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY,

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,       CR. NO. S-11-0492 MCE

    v.

KENNETH A. SWANGER

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,       CR. NO. S-10-0144 EJG

    v.

ANTHONY GHIO                    <u>RELATED CASE ORDER</u>

        Defendant.
_____/

1

1    Examination of the above-entitled actions reveals that they
2 are related within the meaning of Eastern District Local Rule 83-
3 123.  The actions arise out of the same law enforcement
4 investigation and involve common factual allegations.
5 Accordingly, the assignment of the matters to the same judge is
6 likely to effect a substantial saving of judicial effort and is
7 also likely to be convenient for the parties.
8    The parties should be aware that relating the cases under
9 Local Rule 83-123 merely has the result that both actions are
10 assigned to the same judge; no consolidation of the actions is
11 effected.  Under the regular practice of this court related cases
12 are generally assigned to the judge to whom the first filed
13 action was assigned.
14    IT IS THEREFORE ORDERED that the actions entitled Cr. No. S-
15 11-0492 MCE and Cr. No. S-11-0511 JAM are hereby reassigned to
16 Judge Edward J. Garcia for all further proceedings.  Henceforth,
17 the caption on documents filed in the reassigned cases shall be
18 shown as Cr. No. S-11-0492 EJG and Cr. No. S-11-0511 EJG.
19    IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of criminal cases to
21 compensate for this reassignment.
22    IT IS SO ORDERED.
23    December 15, 2011          /s/ Edward J. Garcia
                                 EDWARD J. GARCIA, JUDGE
24                               UNITED STATES DISTRICT COURT
25
26                                      2