```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700

 5  ANNA TRYON PLETCHER
    TAI S. MILDER
 6  Trial Attorneys
    U.S. Department of Justice
 7  Antitrust Division
    450 Golden Gate Avenue, Room 10-0101
 8  San Francisco, CA 94102
 9  Telephone: (415) 436-6660
```

FILED

JAN 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-10-0144 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| ANTHONY B. GHIO, ) | |
| ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

On December 15, 2011, the Court issued an order relating Mr. Ghio's case to <u>United States v. Chandler, et al.</u>, Cr. No. S-11-511 EJG. Related Case Order, Dkt. 31. The five defendants charged in <u>United States v. Chandler</u>, Wiley C. Chandler, Andrew B. Katakis, Donald M. Parker, Anthony B. Joaquim, and W. Theodore Longley, are set to appear before the Court on January 27, 2012.

Mr. Ghio is also presently scheduled to appear on January 27,

1

1  2012 for a Status Conference regarding Judgment and Sentencing.  Mr.
2  Ghio, however, may be called as a witness at the trial of the
3  defendants in United States v. Chandler.  As such, the government
4  will not be able to fully determine its sentencing recommendation
5  until such trial.
6
7      Per agreement with the government and defense counsel, it is
8  respectfully requested that the status conference currently set for
9  January 27, 2012, at 10:00 a.m. be continued to April 27, 2012.  The
10 United States Probation Office is in accord with this approach.  It
11 is anticipated that at that time, the parties will be in a better
12 position to request a new Judgment and Sentencing date and
13 disclosure schedule for the pre-sentence report.

Dated: January 12, 2012              Respectfully Submitted,

                                     Benjamin B. Wagner
                                     United States Attorney

                                By:  s/Russell Carlberg*
                                     RUSSELL L. CARLBERG
                                     Assistant U.S. Attorney

                                     Sharis A. Pozen
                                     Acting Assistant Attorney General

                                By:  s/Anna Pletcher
                                     ANNA TRYON PLETCHER
                                     TAI S. MILDER
                                     Trial Attorneys
                                     Antitrust Division

                                     s/Michael Thorman*
                                By:  MICHAEL THORMAN
                                     Counsel for Defendant

*Signed with permission.

[PROPOSED] ORDER

For the reasons stated above, the Court reschedules the status conference regarding judgment and sentence to April 27, 2012.

DATED: January 12, 2012

IT IS SO ORDERED.

1/13/12

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

3