1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  ANNA TRYON PLETCHER
   TAI S. MILDER
6  Trial Attorneys
   U.S. Department of Justice
7  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
8  San Francisco, CA 94102
   Telephone: (415) 436-6660
9

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14 UNITED STATES OF AMERICA,    )    CR. NO. S-10-0144 EJG
                                )
15             Plaintiff,       )    STIPULATION AND ORDER TO
                                )    CONTINUE STATUS CONFERENCE
16                              )
       v.                       )
17                              )
                                )
18 ANTHONY B. GHIO,             )
                                )
19             Defendant.       )
   _____)
20

21      THE PARTIES HEREBY STIPULATE AS FOLLOWS:

22      Mr. Ghio is currently set to appear before the Court for a

23 status conference regarding judgment and sentencing on April 27,

24 2012.  Mr. Ghio, however, may be called as a witness at the trial of

25 several co-conspirators.  In this related case, United States v.

26 Chandler, et al., Cr. No. S-11-511 EJG, four defendants, Andrew B.

27 Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore

28

                                1

Longley, are on the Court's calendar for a status conference on April 27, 2012.

The government will not be able to fully determine its sentencing recommendation for Mr. Ghio until after a trial in the related case.  Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Ghio that is currently set for April 27, 2012 be continued to July 13, 2012. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

Dated: April 4, 2012                    Respectfully Submitted,

                                        Benjamin B. Wagner
                                        United States Attorney

                             By:   s/Russell Carlberg*
                                        RUSSELL L. CARLBERG
                                        Assistant U.S. Attorney


                                        Sharis A. Pozen
                                        Acting Assistant Attorney
                                        General

                             By:   s/Tai Milder
                                        ANNA TRYON PLETCHER
                                        TAI S. MILDER
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Antitrust Division

2

By:   s/Michael Thorman*
      MICHAEL THORMAN
      Counsel for Defendant

*Signed with permission

ORDER

For the reasons stated above, the Court reschedules the status conference regarding judgment and sentencing to July 13, 2012 at 10:00 a.m.

DATED: April 5, 2012

IT IS SO ORDERED.

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE