1  ANNA TRYON PLETCHER (Cal. Bar No. 239730)
   TAI S. MILDER (Cal. Bar No. 267070)
2  MAY LEE HEYE (Cal. Bar No. 209366)
   KELSEY C. LINNETT (Cal. Bar No. 274547)
3  Trial Attorneys
   U.S. Department of Justice
4  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
5  San Francisco, California 94102-3478
   Telephone: (415) 436-6660
6



FILED

NOV 05 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      No. 2:10-CR-0144 EJG ✓

12                Plaintiff,

13          v.

14  ANTHONY B. GHIO,

15                Defendant.

16  ─────────────────────────────

17  UNITED STATES OF AMERICA,      No. 2:10-CR-0238 EJG ✓

18                Plaintiff,

19          v.

20  THEODORE B. HUTZ,

21                Defendant.

22  ─────────────────────────────

23  UNITED STATES OF AMERICA,      NO. 2:10-CR-0239 EJG ✓

24                Plaintiff,

25          v.

26  JOHN R. VANZETTI,

27                Defendant.

28

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

RICHARD W. NORTHCUTT,

          Defendant.

NO. 2:11-CR-0038 EJG

_____

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

YAMA MARIFAT,

          Defendant.

No. 2:11-CR-0039 EJG

_____

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

GREGORY L. JACKSON,

          Defendant.

No. 2:11-CR-0090 EJG

_____

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

WALTER DANIEL OLMSTEAD,

          Defendant.

No: 2:11-CR-0291 EJG

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0292 EJG |
| Plaintiff, | |
| v. | |
| ROBERT ROSE, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0492 EJG |
| Plaintiff, | |
| v. | |
| KENNETH A. SWANGER, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-511 EJG |
| Plaintiff, | |
| v. | |
| WILEY C. CHANDLER, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONFERENCES**

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on November 9, 2012.

These individuals, however, may be called as witnesses at the trial of several co-conspirators.  In this related case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four

1 | defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.
2 | Joachim, and W. Theodore Longley, are on the Court's calendar
3 | for a trial commencing on November 4, 2013.

4 | The government will not be able to fully determine its
5 | sentencing recommendation for defendants Ghio, Hutz, Vanzetti,
6 | Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and
7 | Chandler until after a trial in the related case.  Therefore,
8 | per agreement with defense counsel, it is respectfully requested
9 | that the status conference for these individuals that is
10 | currently set for **November 9, 2012** be continued to **December 20,**
11 | **2013** at 10:00 a.m.  The United States Probation Office is in
12 | accord with this approach.  It is anticipated that at that time,
13 | the parties will be in a better position to request dates for
14 | judgment and sentencing and disclosure schedules for presentence
15 | reports.

16 |
17 | Dated: November 2, 2012                    Respectfully submitted,
18 |
19 |                                            /s/ Tai S. Milder
                                               Anna Tryon Pletcher
20 |                                            Tai S. Milder
                                               May Lee Heye
21 |                                            Kelsey C. Linnett
                                               Trial Attorneys
22 |                                            U.S. Department of Justice
23 |                                            Antitrust Division

24 |                                            /s/ Micheal S. Thorman *
                                               MICHEAL S. THORMAN
25 |                                            Counsel for Anthony Ghio
26 |
                                               /s/ Kresta Nora Daly *
27 |                                            KRESTA NORA DALY
                                               Counsel for Theodore B. Hutz
28 |

4

1
2

/s/ Christopher H. Wing *
CHRISTOPHER H. WING
Counsel for John R. Vanzetti

3
4
5

/s/ Doron Weinberg *
DORON WEINBERG
Counsel for Richard W.
Northcutt

6
7
8

/s/ Richard Tamor *
RICHARD TAMOR
Counsel for Yama Marifat

9
10
11

/s/ Donald H. Heller *
DONALD H. HELLER
Counsel for Gregory L.
Jackson

12
13
14

/s/ Carl M. Fallen *
CARL M. FALLEN
Counsel for Walter Daniel
Olmstead

15
16

/s/ Ismael Ramsey *
ISMAEL RAMSEY
Counsel for Robert Rose

17
18
19

/s/ William J. Portonova *
WILLIAM J. PORTONOVA
Counsel for Kenneth A.
Swanger

20
21
22

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

23
24    * Signed with permission.
25
26
27
28

1                          [PROPOSED] ORDER

2          For the reasons stated above, the Court continues the

3     status conferences regarding judgment and sentencing for

4     defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti,

5     Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter

6     Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C.

7     Chandler from **November 9, 2012** to **December 20, 2013.**

8          IT IS SO ORDERED.

9     DATE:   11/5/12

10                              _____
                                HON. EDWARD J. GARCIA
11                              UNITED STATES SENIOR DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  6