ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0144-WBS |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER SETTING HEARING FOR JUDGMENT AND SENTENCING** |
| v. | |
| ANTHONY B. GHIO, | Judge: Hon. William B. Shubb<br>Place: Courtroom 5<br>Date: July 21, 2014<br>Time: 9:30 a.m. |
| Defendant. | |

**STIPULATION**

The defendant in the above-entitled case is on the Court's calendar for a status conference on April 7, 2014.  The parties are now prepared to proceed to judgment and sentencing in this case.  Therefore, the parties respectfully request that the Court vacate the **April 7, 2014** status conference, and instead set a hearing for judgment and sentencing on **July 21, 2014** at 9:30 a.m.  The United States Probation Office is in accord with this approach.

///

///

///

///

1     IT IS SO STIPULATED.

3 Dated:    March 28, 2014    Respectfully submitted,

<u>/s/ Tai Milder</u>
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

<u>/s/ Michael Thorman*</u>
MICHAEL THORMAN
Counsel for Anthony Ghio

*Signed with permission

UNITED STATES' STIP. AND PROPOSED ORDER

2

**ORDER**

The Court hereby vacates the status conference for defendant Anthony B. Ghio set for **April 7, 2014**, and sets a hearing for judgment and sentencing on **July 21, 2014 at 9:30 a.m**.

IT IS SO ORDERED.

Dated:  March 28, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE